# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Power Home Solar, LLC | Case No. 22-50228 |
| Debtor(s). | |
| JIMMY R. SUMMERLIN, JR., in his Capacity as Chapter 7 bankruptcy trustee for the Estate of Power Home Solar, LLC d/b/a Pink Energy, | |
| Plaintiff, | Adv. Proc. No. 24-03072 |
| v. | |
| THE BRYN MAWR TRUST COMPANY OF DELAWARE, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, by and through his undersigned counsel, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and the terms and conditions of that certain Settlement Agreement between the parties as approved herein by Order entered February 12, 2025 (Base Case Docket No. 850), and provides notice of the voluntary dismissal of this action.

Dated: March 18, 2025.

YOUNG, MORPHIS, BACH & TAYLOR, LLP

/s/ Jimmy R. Summerlin, Jr.
Jimmy R. Summerlin, Jr.
N.C. State Bar No. 31819
P.O. Drawer 2428
Hickory, NC 28603
Telephone: 828-322-4663
Facsimile: 828-324-2431
Attorneys for the Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing document were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case on March 18, 2025 and upon the following:

    Matthew Hold, Esq., counsel for the Defendant

    Via Email:  mholt@bmt.com

Dated: March 18, 2025.

    YOUNG, MORPHIS, BACH & TAYLOR, LLP

    /s/ Jimmy R. Summerlin, Jr.
    Jimmy R. Summerlin, Jr.
    N.C. State Bar No. 31819
    P.O. Drawer 2428
    Hickory, NC 28603
    Telephone:  828-322-4663
    Facsimile:  828-324-2431
    Attorneys for the Plaintiff